UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08519
  DAVID SIMELTON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
  SSN XXX-XX-0423

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/09/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/20/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREATER CHICAGO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CURRY MOTOR | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 10535.00 | .00 | .00 |
| RCN CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY INTERIOR | SECURED NOT I | 2034.60 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 282.58 | .00 | .00 |
| NCO MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 75.30 | .00 | .00 |
| RMI/MCSI | UNSECURED | 375.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 304.60 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6987.90 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| DETRIA JACKSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | PRIORITY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1020.24 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 635.37 | .00 | .00 |
| EMERGE MASTERCARD | FILED LATE | 412.41 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,484.00 | | 251.38 |
| TOM VAUGHN | TRUSTEE | | | 18.62 |
| DEBTOR REFUND | REFUND | | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08519 DAVID SIMELTON

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|                      | RECEIPTS | DISBURSEMENTS |
|----------------------|----------|---------------|
| TRUSTEE              | 270.00   |               |
|                      |          |               |
| PRIORITY             |          | .00           |
| SECURED              |          | .00           |
| UNSECURED            |          | .00           |
| ADMINISTRATIVE       |          | 251.38        |
| TRUSTEE COMPENSATION |          | 18.62         |
| DEBTOR REFUND        |          | .00           |
| TOTALS               | 270.00   | 270.00        |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 08519 DAVID SIMELTON